| | |
|---|---|
| 1 | Jon P. Jacobs (SBN 205245) |
| | Terry L. Baker (SBN 214365) |
| 2 | LAW OFFICES OF JON JACOBS |
| | 5701 Lonetree Blvd., Suite 202 |
| 3 | Rocklin, CA 95765 |
| | Telephone: (916) 663-6400 |
| 4 | Facsimile: (916) 663-6500 |
| 5 | Attorneys for Plaintiff |
| | LINDA CHRISTENSEN |
| 6 | |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
| | Molly Moriarty Lane (SBN 149206) |
| 8 | molly.lane@morganlewis.com |
| | Garrick Y. Chan (SBN 315739) |
| 9 | garrick.chan@morganlewis.com |
| | One Market, Spear Street Tower |
| 10 | San Francisco, CA 94105-1126 |
| | Tel: +1.415.442.1000 |
| 11 | Fax: +1.415.442.1001 |

MORGAN, LEWIS & BOCKIUS LLP
Lisa Veasman (SBN 259050)
lisa.veasman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CHRISTENSEN, | Case No.: 5:19-cv-01444-NC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | |

///

///

1

Christensen v. BMW of North America, LLC                              Stipulation of Dismissal

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 7, 2020                                          LAW OFFICES OF JON JACOBS

/s/ Terry L. Baker
Terry L. Baker
Attorneys for Plaintiff
LINDA CHRISTENSEN

Dated: January 7, 2020                                          MORGAN, LEWIS & BOCKIUS LLP

/s/ Garrick Y. Chan (auth on 1/7/2020)
Garrick Y. Chan
Attorneys for Defendant
BMW of North America, LLC